AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 5/8/2018 |
| NAME OF SERVER (PRINT) Kenneth Mayle | TITLE Plaintiff | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Certified Mail - Nirav D. Shah Director, In his Official Capacity as Director of Illinois Dept of Public Helath IDPH Springfield Headquarters Office 525-535 West Jefferson Street Springfield, IL 62761

### STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $0.00 | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____5/8/2018_____  /s/ Kenneth Mayle
                     Date                          Signature of Server

545 N. Monticello Ave Chicago, IL 60624
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7017 0660 0000 4724 6440

For delivery information, visit our website at www.usps.com®.

SPRINGFIELD, IL 62761

| Certified Mail Fee | $3.45 | |
| $ | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.47 | |
| Total Postage and Fees | $5.92 | 05/08/2018 |

Sent To Shah,
Street and Apt. No., or PO Box No. 18-CV 2924
City, State, ZIP+4 Complaint RO

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Proced    PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions